| PROB 22 (Rev. 2/88) | FILED CLERK, U.S. DISTRICT COURT | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | 5/12/2021 CENTRAL DISTRICT OF CALIFORNIA BY: ___JB___ DEPUTY | 16CR01862-002-BAS |
| | | DOCKET NUMBER *(Rec. Court)* 2:21-cr-00230 -SB |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Patricio Higuera Central District of California | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE Cynthia Ann Bashant U.S. District Judge | |
| | DATES OF Supervised Release | FROM 08/30/2019 — TO 08/29/2022 |

**OFFENSE**

21 U.S.C. §§ 952 and 960 and 18 U.S.C. § 2, Importation of Methamphetamine and Aiding and Abetting, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/7/2021
Date

*(signature)* Cynthia Ann Bashant
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

5/12/21
Effective Date

*(signature)* United States District Judge

mg